IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DARREN LEE NORMAN                                               PLAINTIFF

V.                            CASE NO. 3:17-CV-03069

JAIL ADMINISTRATOR BRAD
LEWIS; SERGEANT ERIC NEAL;
OFFICER RYAN THOMPSON; and
OFFICER PHILLIP KRUG                                      DEFENDANTS

## OPINION AND ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*.

On January 29, 2018, Defendants filed a suggestion of death (Doc. 31) as to Defendant Sergeant Eric Neal. On February 1, 2018, an Order (Doc. 33) was entered directing the Plaintiff to file a Motion for Substitution by no later than April 30, 2018.

On May 2, 2018, Defendants filed a Motion to Dismiss (Doc. 39) with prejudice all claims against Sergeant Eric Neal on the grounds Plaintiff failed to file a Motion for Substitution. That same day, an Order (Doc. 41) was entered directing Plaintiff to file a response to the Motion to Dismiss by May 21, 2018.

To date, Plaintiff has not filed a Motion for Substitution or a response to the Motion to Dismiss. No mail has been returned as undeliverable. Plaintiff has not sought an extension of time to comply with the Court Orders. Plaintiff has not communicated with the Court in any way.

Therefore, Defendants' Motion to Dismiss (Doc. 39) is **GRANTED** and all claims against **Sergeant Eric Neal** are **DISMISSED WITH PREJUDICE** based on the Plaintiff's failure to obey an Order of the Court and his failure to prosecute this case. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 29th day of May, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE